| AO-10 (w) Rev. 1/2000 | **FINANCIAL DISCLOSURE REPORT** Nomination Report | Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112) |
|---|---|---|

| 1. Person Reporting *(Last name, first, middle initial)* Parker, Jr., Barrington D. | 2. Court or Organization U.S. Court of Appeals, 2nd Cir | 3. Date of Report 05/14/2001 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* U.S. Circuit Judge (Nominee) | 5. Report Type (check type) X Nomination, Date 05/09/2001 ___ Initial ___ Annual ___ Final | 6. Reporting Period 01/01/2000 to 05/11/2001 |
| 7. Chambers or Office Address U.S. District Court 300 Quarropas Street White Plains, NY 10601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| ☐ NONE (No reportable positions.) | | |
| 1 | Trustee | The Yale Corporation |
| 2 | Trustee | The Governance Institute |
| 3 | Member | Council on Foreign Relations |

## II. AGREEMENTS  *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| ☒ NONE (No reportable agreements.) | | |
| 1 | | |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME  *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | | |
| 1 | | | |
| 2 | 2000-01 | Self-Employed | |
| 3 | | | |
| 4 | | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS
*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES
*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE COD |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS-- income, value, transactions   (Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1   Brokerage Acct.#1 | | | | | | | | | |
| 2   Abbott Laboratories | | None | | | | | | | |
| 3   AT&T Corp. | | None | | | | | | | |
| 4   Berkshire Hathaway | | None | | | | | | | |
| 5   C R Bard Inc. | | None | | | | | | | |
| 6   Fannie Mae | | None | | | | | | | |
| 7   H&R Block | | None | | | | | | | |
| 8   Harcourt General | | None | | | | | | | |
| 9   Hershey Foods Corp. | | None | | | | | | | |
| 10   Industrial Bank of Washington | | None | J | T | | | | | |
| 11   Kimberly Clark | | None | | | | | | | |
| 12   McDonalds Inc. | | None | | | | | | | |
| 13   NTL Inc. | | None | | | | | | | |
| 14   On Line Resources | | None | J | T | | | | | |
| 15   Wells Fargo & Co. | | None | | | | | | | |
| 16 | | | | | | | | | |
| 17   Brokerage Acct.#2   (IRA) | | | | | | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2) U=Book Value | V=Other | W=Estimated | |

## VII. Page 2 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Agilent Technologies | | None | | | | | | | |
| 19 American Home Products | | None | | | | | | | |
| 20 AMR-Corp. Del | | None | | | | | | | |
| 21 AM-FM Inc. (Name change to Clear Channel Communications) | | None | | | | | | | |
| 22 Amer International Group Inc. | | None | | | | | | | |
| 23 Andarko Petroleum Corp. | | None | | | | | | | |
| 24 Anheuser Busch Companies Inc. | | None | | | | | | | |
| 25 Apple Computer Inc. | | None | | | | | | | |
| 26 Bell Atlantaic Corp. (name change to Verizon) | | None | | | | | | | |
| 27 Carnival Corp. | | None | | | | | | | |
| 28 CBS Corp. (merged w/Viacom Inc.) | | None | | | | | | | |
| 29 Chase Manhattan Corp. (now JP Morgan & Chase) | | None | | | | | | | |
| 30 Cisco Systems Inc. | | None | | | | | | | |
| 31 Citigroup Inc. | | None | | | | | | | |
| 32 Clear Channel Communications Inc. | | None | | | | | | | |
| 33 Coastal Corp. | | None | | | | | | | |
| 34 Colgate Palmolive Co. | | None | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 3 INVESTMENTS and TRUSTS— income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 Comcast Corp. Cl. A | | None | | | | | | | |
| 36 Dell Computer Corp. | | None | | | | | | | |
| 37 Diageo PLC-Sponsored ADR | | None | | | | | | | |
| 38 Dynegy Inc. | | None | | | | | | | |
| 39 El Paso Energy Corp. (Cash in lieu of) | A | Dividend | J | T | | | | | |
| 40 Eli Lilly & Co. | | None | | | | | | | |
| 41 EMC Corp. | | None | | | | | | | |
| 42 Enron Corp. | | None | | | | | | | |
| 43 EOG Res Inc. | | None | | | | | | | |
| 44 Exelon Corp. | | None | | | | | | | |
| 45 XL Ltd.Cl. A | | None | | | | | | | |
| 46 Federal Natl Mtg Assn. (AKA Fannie Mae) | | None | | | | | | | |
| 47 Firsthand FDS Technology Leaders FD | | None | J | T | | | | | |
| 48 Firsthand FDS Technology Leaders FD | | None | J | T | | | | | |
| 49 Firsthand FDS E-Commerce FD | | None | J | T | | | | | |
| 50 Firsthand FDS Technology Value Fund | A | Dividend | J | T | | | | | |
| 51 Firsthand FDS Communications FD | | None | J | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 4 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 General Motors Corp. | | None | | | | | | | |
| 53 General Electric Corp. | | None | | | | | | | |
| 54 Hewlett Packard | | None | | | | | | | |
| 55 Intel Corp. | | None | | | | | | | |
| 56 JP Morgan & Chase (formerly Chase Manhattan Corp.) | | None | | | | | | | |
| 57 Johnson & Johnson | | None | | | | | | | |
| 58 Lucent Technologies | | None | | | | | | | |
| 59 Marsh & McLennan Com. Inc. | | None | | | | | | | |
| 60 MBIA Inc. | | None | | | | | | | |
| 61 McDonalds Corp. | | None | | | | | | | |
| 62 McGraw Hill Companies | | None | | | | | | | |
| 63 MCI Worldcom Inc. (now Worldcom) | | None | | | | | | | |
| 64 Mediaone Group Inc. | | None | | | | | | | |
| 65 Merck & Co. Inc. | | None | | | | | | | |
| 66 Microsoft Corp. | | None | | | | | | | |
| 67 Minnesota Mining & Mfg. Co. | | None | | | | | | | |
| 68 Monsanto Co. | | None | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT
Parker, Jr., Barrington D.    05/14/2001

## VII. Page 5 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 Morgan Stanley Dean Witter & Co. | | None | | | | | | | |
| 70 Motorola Inc. | | None | | | | | | | |
| 71 New York Times Cl. A | | None | | | | | | | |
| 72 Nike Inc. Cl. B | | None | | | | | | | |
| 73 Nokia Corp. | | None | | | | | | | |
| 74 Nortel Networks | | None | | | | | | | |
| 75 Northern Trust Corp. | | None | | | | | | | |
| 76 Philip Morris Companies Inc. | | None | | | | | | | |
| 77 Pfizer Inc. | | None | | | | | | | |
| 78 Radio Shack Corp. | | None | | | | | | | |
| 79 Ralston-Purina Group | | None | | | | | | | |
| 80 Royal Dutch Petroleum Co. NY Registry | | None | | | | | | | |
| 81 Safeway Inc. | | None | | | | | | | |
| 82 SAP AG-Sponsored ADR | | None | | | | | | | |
| 83 Schering Plough Corp. | | None | | | | | | | |
| 84 Schlumberger Ltd. | | None | | | | | | | |
| 85 Sun Microsystems Inc. | | None | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 6 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86 Tandy Corp. (now Radioshack Corp.) | | None | | | | | | | |
| 87 Texas Instruments Inc. | | None | | | | | | | |
| 88 Time Warner | | None | | | | | | | |
| 89 Tyco International Ltd. | | None | | | | | | | |
| 90 United Parcel Svc. Inc. | | None | | | | | | | |
| 91 United Technologies Corp. | | None | | | | | | | |
| 92 Verizon Communications Inc. | | None | | | | | | | |
| 93 Viacom Inc. Cl. B (merged w/CBS) | | None | | | | | | | |
| 94 Vodafone Airtouch PLC | | None | | | | | | | |
| 95 Wal-Mart Stores Inc. | | None | | | | | | | |
| 96 Warner Lambert Co. | | None | | | | | | | |
| 97 Worldcom Inc. (See MCI) | | None | | | | | | | |
| 98 | | | | | | | | | |
| 99 Brokerage Acct. #3 (IRA) | | | | | | | | | |
| 100 Automatic Data Processing | B | Dividend | K | T | | | | | |
| 101 Autozone Inc. | | None | | | | | | | |
| 102 CVS Corp. | A | Dividend | L | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 7 INVESTMENTS and TRUSTS— income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 103 Dell Computer Corp. | | None | | | | | | | |
| 104 Dollar General Corp. | A | Dividend | J | T | | | | | |
| 105 Eli Lilly & Co. | A | Dividend | K | T | | | | | |
| 106 EMC Corp.-Mass | | None | J | T | | | | | |
| 107 First Data Corp. | A | Dividend | K | T | | | | | |
| 108 Gateway Inc. | | None | | | | | | | |
| 109 General Electric Co. | A | Dividend | J | T | | | | | |
| 110 IMS Health Inc. | | None | | | | | | | |
| 111 Intel Corp. | A | Dividend | K | T | | | | | |
| 112 Johnson & Johnson | A | Dividend | K | T | | | | | |
| 113 MC Data Corp. | | None | J | T | | | | | |
| 114 McDonalds Corp. | | None | | | | | | | |
| 115 Merck & Co. Inc. | A | Dividend | K | T | | | | | |
| 116 Microsoft Corp. | | None | K | T | | | | | |
| 117 National City Corp. | | None | | | | | | | |
| 118 New York Times Cl. A | A | Dividend | K | T | | | | | |
| 119 Nokia Corp. | A | Dividend | K | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 8 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 120 Northern Trust Corp. | A | Dividend | K | T | | | | | |
| 121 Pfizer Inc. | A | Dividend | K | T | | | | | |
| 122 Safeway Inc. | | None | K | T | | | | | |
| 123 Viacom Inc. | | None | J | T | | | | | |
| 124 Walgreen Co. | A | Dividend | K | T | | | | | |
| 125 WM Wrigley Jr. Co. | A | Dividend | J | T | | | | | |
| 126 Xlinix Inc. | | None | | | | | | | |
| 127 | | | | | | | | | |
| 128 Brokerage Acct. #4 (IRA) | | | | | | | | | |
| 129 Mutual Fund | D | Dividend | O | T | | | | | |
| 130 | | | | | | | | | |
| 131 Other Assets | | | | | | | | | |
| 132 Black Books Galore | | None | K | W | | | | | |
| 133 | | | | | | | | | |
| 134 | | | | | | | | | |
| 135 | | | | | | | | | |
| 136 | | | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.
*(Indicate part of report.)*

'1 brokerage accounts are common stock transactions.

All securities transactions reported were transacted in managed accounts in which I played no role in selection (purchase or sale) of any security.r

FINANCIAL DISCLOSURE REPORT | Parker, Jr., Barrington D. | 05/14/2001

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.
*(Indicate part of report.)*

'1 brokerage accounts are common stock transactions.

All securities transactions reported were transacted in managed accounts in which I played no role in selection (purchase or sale) of any security.r

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 1 | 000 | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | 25 | 000 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgages payable—add schedule | | 350 | 000 |
| Real estate owned—add schedule ( PERSONAL RESIDENCE) | 1 | 000 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts—itemize: | | | |
| Autos and other personal property | | | | | | | |
| Cash value—life insurance | | | | | | | |
| Other assets—itemize: IRA—ROLLOVER | 1 | 150 | 000 | | | | |
| MISC. PERSONAL PROPERTY | | 100 | 000 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 350 | 000 |
| | | | | Net Worth | 1 | 926 | 000 |
| Total Assets | 2 | 276 | 000 | Total liabilities and net worth | 2 | 276 | 000 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor NO | | | | Are any assets pledged? (Add schedule.) NO | | | |
| On leases or contracts NO | | | | Are you defendant in any suits or legal actions? NO | | | |
| Legal Claims NONE | | | | Have you ever taken bankruptcy? NO | | | |
| Provision for Federal Income Tax ALL TAXES CURRENT | | | | | | | |
| Other special debt NONE | | | | | | | |